No. — – ——. PEZ MEX, S. A. *v.* CONSOLIDATED FOODS CORP. ET AL. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–755 (83–6413). BURGER *v.* ZANT, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, is granted pending final disposition of the petition for writ of certiorari.

No. D–374. IN RE DISBARMENT OF MCGHEE. Disbarment entered. [For earlier order herein, see 464 U. S. 926.]

No. D–382. IN RE DISBARMENT OF LABER. Disbarment entered. [For earlier order herein, see 464 U. S. 988.]

No. D–385. IN RE DISBARMENT OF DRAWDY. Disbarment entered. [For earlier order herein, see 464 U. S. 958.]

No. D–391. IN RE DISBARMENT OF DROBNY. Disbarment entered. [For earlier order herein, see 464 U. S. 1066.]

No. D–392. IN RE DISBARMENT OF SINEMA. Disbarment entered. [For earlier order herein, see 464 U. S. 1066.]

No. D–402. IN RE DISBARMENT OF YOUNG. Nancy J. Young, of Cos Cob, Conn., having requested to resign as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 27, 1984 [465 U. S. 1063], is hereby discharged.

No. D–415. IN RE DISBARMENT OF LUOMA. It is ordered that Robert W. Luoma, of Lansing, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–1273. LEWIS SERVICE CENTER, INC. *v.* MACK TRUCKS, INC. C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 83–6197. IN RE JOHNSON. Petition for writ of mandamus denied.